Commonwealth ex rel. Spencer, Appellant. *v.*
Banmiller.

Submitted March 19, 1958. Before Rhodes, P. J.,
Hirt, Gunther, Wright, Woodside, Ervin, and Wat-
kins, JJ.

*Nathaniel R. Spencer,* appellant, in propria persona.

*Domenick Vitullo* and *Juanita Kidd Stout,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, April 16, 1958:

The order of the court below is affirmed on the opinion of President Judge HAGAN of the Court of Common Pleas No. 1, Philadelphia County, as reported in 11 Pa. D. & C. 2d 739.